IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Griggs, Treissa | Case Number: 08 B 11395 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 5/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 10, 2009
Confirmed: July 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,488.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,390.54 |
| Trustee Fee: | | 97.46 |
| Other Funds: | | 0.00 |
| Totals: | 1,488.00 | 1,488.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 1,390.54 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 13,370.69 | 0.00 |
| 4. | Custom Collection | Unsecured | 218.97 | 0.00 |
| 5. | Creditors Protection Service | Unsecured | 603.93 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 202.26 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 720.55 | 0.00 |
| 8. | Cook County Treasurer | Secured | | No Claim Filed |
| 9. | Allied Interstate | Unsecured | | No Claim Filed |
| 10. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 11. | Professional Account Management | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Credit Management Service | Unsecured | | No Claim Filed |
| | | | $ 17,616.40 | $ 1,390.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 48.36 |
| 6.6% | 49.10 |
| | $ 97.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Griggs, Treissa | Case Number: 08 B 11395 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 5/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*